# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 22, 2024

Mr. Edward Robert Fadel
Law Office of Edward Fadel
P.O. Box 41096
Brecksville, OH 44141

Mr. Emmett Robinson
Robinson Law Firm
6600 Lorain Avenue
Suite 731
Cleveland, OH 44102

Re: Case No. 24-3145, *Darrell Bryant, Gifty Kusi v. USA*
Originating Case No.: 2:22-cv-03114 : 2:22-cv-03112 : 2:17-cr-00146

Dear Counsel,

This appeal has been docketed as case number **24-3145** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **March 7, 2024**. More specific instructions are printed on each form.

Appellant:  Appearance of Counsel
            Application for Admission to 6th Circuit Bar (if applicable)

Appellee:   Appearance of Counsel
            Application for Admission to 6th Circuit Bar (if applicable)

**Certificate of appealability:**  For this appeal to proceed, the district court or this court must issue a certificate of appealability stating at least one issue for review.

- If the district court has denied a certificate of appealability as to all issues, you may file a motion to grant a certificate of appealability with this court.  *See FRAP 22(b).*
- If the district court has issued a certificate of appealability as to some, but not all issues, you may file a motion to expand the certificate of appealability with this court.  *See FRAP 22(b).*
- If you choose to file a motion in this court, please do so as soon as possible.  *See 6 Cir. R. 22(a).*

**Appointment of counsel:**  The appointment of counsel under the Criminal Justice Act is not automatic in a habeas case.  Counsel who seeks continuing appointment on appeal must file a motion to extend the appointment.

Should you have any questions regarding these requirements, please do not hesitate to contact the Clerk's Office.

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

cc:  Mr. Kenneth Francis Affeldt

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-3145

DARRELL L. BRYANT; GIFTY KUSI

      Petitioners - Appellants

v.

UNITED STATES OF AMERICA

      Respondent - Appellee