UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3145**

Case Title: **Gifty Kusi** vs. **USA**

List all clients you represent in this appeal:

**Gifty Kusi**
**Darrell Bryant**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Edward Fadel**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Emmett E. Robinson**   Signature: s/ **Emmett E. Robinson**

Firm Name: **Robinson Law Firm LLC**

Business Address: **6600 Lorain Ave #731**

City/State/Zip: **Cleveland, OH  44102**

Telephone Number (Area Code): **(216) 505-6900**

Email Address: **erobinson@robinsonlegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---