**Nos. 24-3145 & 24-3146**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

DARRELL BRYANT and GIFTY KUSI,

Appellants,

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

**On Appeal from the United States District Court for the Southern
District of Ohio, Case No. 2:17-CR-146**

_____

**UNOPPOSED MOTION TO CONSOLIDATE**

_____

Appellants Darrell Bryant and Gifty Kusi respectfully move the Court for an order consolidating case number 24-3145 (in which both Mr. Bryant and Ms. Kusi are listed as appellants) and case number 24-3146 (in which only Mr. Bryant is listed as an appellant) for all purposes, including briefing. In support of this motion, Appellants state as follows:

1

1. Appellants are husband and wife. They were tried together and convicted on precisely the same charges.

2. On June 30, 2023, Appellants filed their respective motions to vacate and set aside judgment of conviction and sentence pursuant to 28 U.S.C. § 2255 (the "Motions"). Though each defendant filed his or her own motion, both were authored by undersigned counsel. Moreover, the briefs were, *mutatis mutandis*, identical.

3. Appellants' Motions were granted in part and denied in part, resulting in resentencing for both of them. Appellants were represented by separate counsel at resentencing.

4. Resentencing counsel filed separate notices of appeal from each judgment of sentence. As a result, two separate appeals are presently pending.

5. Undersigned counsel is now sole counsel for Appellants with respect to both appeals.

6. Both appeals involve the same issue and only that issue.

7. The parties and Court would, for purposes of efficiency and clarity, benefit from consolidated briefing, including a single, unified motion for certificate of appealability and, if allowed, a single merits brief from Appellants, a single merits brief from the government, and a single reply from Appellants.

Accordingly, Appellants respectfully ask that these cases be consolidated. Counsel for the government has been consulted and does not oppose this motion.

Dated:  May 16, 2024 Respectfully submitted,

/s/ Emmett E. Robinson
Emmett E. Robinson
ROBINSON LAW FIRM LLC
6600 Lorain Ave. #731
Cleveland, Ohio 44102
Telephone: (216) 505-6900
Facsimile: (216) 649-0508
erobinson@robinsonlegal.org

*Attorney for Appellants*
*Darrell Bryant and Gifty Kusi*

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 266 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(f) and Sixth Circuit Rule 32(b)(1).

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ Emmett E. Robinson
Emmett E. Robinson

*Attorney for Appellants*
*Darrell Bryant and Gifty Kusi*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 16, 2024, this Motion for Certificate of Appealability was filed with the United States Court of Appeals for the Sixth Circuit via the Court's ECF system. Counsel of record will receive notice of, and be able to access, the filing via the ECF system.

/s/ Emmett E. Robinson
Emmett E. Robinson

*Attorney for Appellants*
*Darrell Bryant and Gifty Kusi*